# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TIMOTHY JONES,

        Petitioner,        :    Case No. 3:15-cv-164

- vs -                       District Judge Walter Herbert Rice
                              Magistrate Judge Michael R. Merz

WARDEN, Ross
Correctional Institution,

                              :

        Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 40) to the Magistrate Judge's Report and Recommendations (ECF No. 39).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 29, 2017.

                                                                    Walter Herbert Rice
                                                           United States District Judge